IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEIDI MARTIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BRINK'S, INCORPORATED | : | NO. 21-cv-105 |

**ORDER**

      **AND NOW**: This 22nd day of March, 2022, it having been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.


BY THE COURT:


__/s/ John R. Padova_____
John R. Padova,                                          J.